IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 542, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| MALLINCKRODT ARD, INC., et al., | : | No. 21-114 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **10th** day of **March 2021**, upon consideration Mallinckrodt's Motion to Transfer Venue, and Plaintiff's response, Plaintiff's Motion to Remand to State Court, and Mallinckrodt's response, and for the reasons set forth in this Court's Memorandum dated March 10, 2021, it is **ORDERED** that:

1. Mallinckrodt's motion (Document No. 5) is **GRANTED**.

2. Plaintiff's motion (Document No. 7) is **DENIED without prejudice**.

3. This case is **TRANSFERRED** to the District of Delaware with the expectation this it will be transferred to the Bankruptcy Court for the District of Delaware to decide the remand issue.

BY THE COURT:

**/s/ Berle M. Schiller**
**Berle M. Schiller, J.**